UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD LESLIE KINDRED,<br><br>Petitioner,<br><br>v.<br><br>T. CISNEROS,<br><br>Respondent. | No. 2:21-cv-0750-KJM-EFB P<br><br><br><br>ORDER |

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 24, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.  *See* ECF No. 21.[1]

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Petitioner has also filed a Notice of Motion, which the court disregards as untimely.  *See* ECF No. 22.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 24, 2021, are adopted in full;
2. Respondent's July 15, 2021 motion to dismiss (ECF No. 11) is granted;
3. The Clerk is directed to close the case; and
4. The court declines to issue a certificate of appealability.

DATED: December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE