UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lloyd Leslie Kindred, | No. 2:21-cv-00750-KJM-EFB |
| Petitioner | ORDER |
| v. | |
| T. Cisneros, | |
| Respondent | |

Petitioner Lloyd Kindred requests the status of his third motion for a certificate of appealability. ECF No. 31. On December 9, 2021, this court denied Mr. Kindred's first motion for certificate of appealability while adopting the Magistrate Judge's findings and recommendations. ECF No. 23. On March 23, 2022, this court denied his second motion for a certificate of appealability after reviewing Mr. Kindred's motion for reconsideration. ECF No. 29. When Mr. Kindred filed his third motion for a certificate of appealability, ECF No. 30, this court refused to entertain the motion. The court still declines to issue a certificate of appealability for Mr. Kindred.

While this order provides the status of Mr. Kindred's motion, ECF No. 30, no similar motions will be considered in the future.

This order resolves ECF Nos. 30 and 31.

IT IS SO ORDERED.

DATED: July 14, 2022.

CHIEF UNITED STATES DISTRICT JUDGE